**FILED**
May 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**DR:25-CR-01363-EG**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INDICTMENT** |
| | § § | [COUNT 1: 18 U.S.C. § 111(a)(1) & (b): |
| GERARDO ADONAY MARTINEZ-ARGUETA, | § § | Assaulting, Resisting or Impeding Certain Officers or Employees.] |
| | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 111(a)(1) [& (b)]]

On or about April 28, 2025, in the Western District of Texas, Defendant,

GERARDO ADONAY MARTINEZ-ARGUETA,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol agent E.G., who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and such acts involved physical contact with said agent, and the intent to commit another felony, and in the commission of said acts, Defendant used a deadly and dangerous weapon, to wit, a Black Chevrolet Silverado, all in violation of Title 18, United States Code, Section 111(a)(1) [ & (b)].

A TRUE BILL.



FOREPERSON

MARGARET F. LEACHMAN
Acting United States Attorney

By: _____
  NALLELY DUARTE
  Assistant United States Attorney