**FILED**

**NOV 14 2025**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | Cause No.: DR:25-CR-01363-EG |
| § § § | |
| v. § | **SUPERSEDING INFORMATION** |
| § § | |
| § | [COUNT 1: 18 U.S.C. § 111(a)(1) & (b): |
| GERARDO ADONAY MARTINEZ- § | Assaulting, Resisting or Impeding Certain |
| ARGUETA, § | Officers or Employees.] |
| § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 111(a)(1) [& (b)]]

On or about April 28, 2025, in the Western District of Texas, Defendant,

GERARDO ADONAY MARTINEZ-ARGUETA,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol and E.G., who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and the commission of said acts, Defendant used a deadly and dangerous weapon, to wit, a Black Chevrolet Silverado, all in violation of Title 18, United States Code, Section 111(a)(1) [ & (b)].

JUSTIN R. SIMMONS
United States Attorney

By: _____
NALLELY DUARTE
Assistant United States Attorney